# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jori Glasper and Krystal Wyckoff,

Plaintiff(s),

v.

St. James Wellness Rehab & Villas, LLC,

Defendant(s).

Case No. 1:18-cv-06063
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Plaintiff failed to file an amended complaint. The complaint is dismissed with prejudice. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date: 9/26/2023

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk